JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELIZABETH RICCHIO, | ) CASE NO. CV 09-03540-MMM(SSx) |
| Plaintiff(s), | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| N. MANION, ET AL., | ) |
| Defendant(s). | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

A Status Conference is set for March 19, 2012 at 9:00 a.m. The filing of a dismissal in the case will automatically vacate the Status Conference.

DATED: February 2, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE